UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LUINA B. ISSMAIL,** | ) |
| Plaintiff, | ) No. CV 08-04452 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

July 28, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge